Meir Rubinov, NY Bar # 6077887
CONSUMER ATTORNEYS PLLC
Pro Hac Vice admitted
68-29 Main Street
Flushing, New York 11367
Telephone: 718-640-8123
F: (718) 715-1750
mrubinov@consumerattorneys.com

Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
25A Crescent Dr. #402
Pleasant Hill, CA 94523
T:(415) 638-9140
E: Andrew@Ajglawgroup.us

*Attorneys for Plaintiff*
*Joseph Albert Lujan*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JOSEPH ALBERT LUJAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>　　　　　Defendant. | Case No.: 5:25-cv-00075-SSS-SP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Joseph Albert Lujan and LexisNexis Risk Solutions Inc. by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed

1
STIPULATION OF DISMISSAL WITH PREJUDICE

with prejudice as to Defendant LexisNexis Risk Solutions Inc.. There are no remaining defendants in this matter. Plaintiff and Defendant LexisNexis Risk Solutions Inc. have agreed that all attorneys' fees and costs are to be paid as indicated in the parties' settlement agreement and release.

Dated: October 28, 2025

| | |
|---|---|
| */s/ Meir Rubinov* | */s/ Meghan M. McBerry* |
| Meir Rubinov, NY Bar # 6077887 | James F. McCabe (SBN 104686) |
| CONSUMER ATTORNEYS PLLC | Meghan M. McBerry (SBN 334464) |
| Pro Hac Vice admitted | ALSTON & BIRD LLP |
| 68-29 Main Street | 55 Second Street, Suite 2100 |
| Flushing, New York 11367 | San Francisco, CA 94105-0912 |
| Telephone: 718-640-8123 | T: 415-243-1000 |
| F: (718) 247-8020 | F: 415-243-1001 |
| mrubinov@consumerattorneys.com | jim.mccabe@alston.com |
| | meghan.mcberry@alston.com |
| Andrew J. Gramajo, CA # 338144 | |
| AJG LAW GROUP, PC. | *Attorneys for Defendant* |
| 25A Crescent Dr. #402 | *LexisNexis Risk Solutions Inc.* |
| Pleasant Hill, CA 94523 | |
| T:(415) 638-9140 | |
| E: Andrew@Ajglawgroup.us | |

*Attorneys for Plaintiff*
*Joseph Albert Lujan*

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

> */s/ Meir Rubinov*
> Meir Rubinov, NY Bar # 6077887
> CONSUMER ATTORNEYS PLLC
> Pro Hac Vice admitted
> 68-29 Main Street
> Flushing, New York 11367
> Telephone: 718-640-8123
> F: (718) 715-1750
> mrubinov@consumerattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

> **CONSUMER ATTORNEYS**
>
> By: */s/ Meir Rubinov*