# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH ALBERT LUJAN,<br><br>Plaintiff,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendant. | Case No.: 5:25-cv-00075-SSS-SPx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant LexisNexis Risk Solutions Inc..

**IT IS SO ORDERED.**

Dated: October 29, 2025

Hon. Sunshine S. Sykes
U.S. District Judge